**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Michelle Grooms, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001922

---

Appeal From Darlington County
Michael S. Holt, Family Court Judge

---

Unpublished Opinion No. 2019-UP-149
Submitted April 12, 2019 – Filed April 23, 2019

---

**AFFIRMED**

---

Cody Tarlton Mitchell, of Lucas, Warr, White & Mitchell, of Hartsville, for Appellant.

Laura Jo Bardsley Houck, of the South Carolina Department of Social Services, of Chesterfield, for Respondent.

Sarah Crawford Campbell, of Cockrell Law Firm, P.C., of Chesterfield, as Guardian ad Litem for Appellant.

Robbie Forrester Gardner, III, of Rob F Gardner, III, PC, of Hartsville, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:**  Michelle Grooms appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Grooms's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.